JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| R.J. KULICK, | ) | Case No. CV 23-9336 FMO (BFMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| INTERNAL REVENUE SERVICE, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 29th day of March, 2024.

/s/
Fernando M. Olguin
United States District Judge